UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORI J. DANIEL**                                                                                         **PLAINTIFF**

V.                                   No. 4:22-CV-00299-BRW-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

### ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

IT IS SO ORDERED this 30th day of May, 2023.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE